# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2594
_____

FLORIDA DEPARTMENT OF
HEALTH,

Appellant,

v.

NIKOLAY TARKALANOV,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
Jonathan E. Sjostrom, Judge.


April 30, 2025


PER CURIAM.

REVERSED and REMANDED for further proceedings. *See Agency for Persons with Disabilities v. Toal*, 1D2024-1651, 2025 WL 610666 (Fla. 1st DCA Feb. 26, 2025).

LEWIS, ROWE, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Miriam R. Coles and Dawn M. McMahon of Henry Buchanan, P.A., Tallahassee, for Appellant.

Ashley N. Richardson and Marie A. Mattox of Marie A. Mattox, P.A., Tallahassee, for Appellee.